IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA WESTRAY, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| MERCY LIFE, et al., | : NO. 15-3098 |
| Defendants. | : |

## ORDER

AND NOW, this 13th day of April, 2016, upon consideration of the government's motion to dismiss the cross-claim (Doc. No. 16), and the co-defendants' responses (Doc. Nos. 22, 24, 33, 34), **IT IS HEREBY ORDERED** that:

1. The government's motion to dismiss the cross-claim (Doc. No. 16) is **DENIED in part** and **GRANTED in part**.[1]

2. Defendant Mercy Life, Mercy Health System, Donna Raziano and Lawanda Goehring's cross-claim against the government is **DISMISSED without prejudice**.

3. Defendant Mercy Life, Mercy Health System, Donna Raziano and Lawanda Goehring shall file an amended cross-claim within twenty (20) days of the date of this Order.

BY THE COURT

LAWRENCE F. STENGEL, J.

---

[1] The government moved to dismiss the co-defendants' cross-claim on the basis of Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and 12(b)(6) for failure to state a claim. I decline to dismiss the co-defendants' cross-claim on the basis of Rule 12(b)(1), but I will dismiss the co-defendants' cross-claim on the basis of Rule 12(b)(6).